IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER SIRMONS, JR.,** | : | |
| **Petitioner** | : | **No. 1:26-cv-02562** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **LINDSY KENDALL, et al.,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, on this 7th day of October 2026, upon consideration of pro se Petitioner Christopher Sirmons, Jr. ("Sirmons")'s application for leave to proceed in forma pauperis ("IFP Application") (Doc. No. 2), certified prisoner trust fund account statement (Doc. No. 7), and petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 2) is **GRANTED**, and Sirmons has leave to proceed in forma pauperis in this case;

2. Sirmons's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DEEMED FILED**;

3. Sirmons's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. A certificate of appealability **SHALL NOT** issue;

5. The Clerk of Court **SHALL NOTIFY** Sirmons of the accompanying Memorandum and this Order; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania